# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WILLIAM JOHNSON AND LEE CECIL JOHNSON JR,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04575-MWC-MAA<br><br>**JUDGMENT**<br><br>**JS-6** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs TRAVIS WILLIAM JOHNSON AND LEE CECIL JOHNSON JR ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on February 24, 2025.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $192,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: March 12, 2025

_____
Hon. Michelle Williams Court
United States District Judge